**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| NORTH COVENTRY TOWNSHIP | : | No. 508 MAL 2018 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| MRS. JOSEPHINE TRIPODI AND MS. | : | |
| GERI CARR TRIPODI | : | |
| | : | |
| | : | |
| PETITION OF: JOSEPHINE TRIPODI | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 4th day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.